UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing
FILED
JAN 17 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY COFFMAN, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SCHERING CORPORATION, et al.,<br><br>Defendants. | C-05-01521-MJJ<br><br>**JOINT STIPULATION AND ORDER RE:**<br><br>**1. BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**2. EXTENDING FACT DISCOVERY DEADLINE** |

The parties, through their undersigned counsel, hereby stipulate as follows:

1. Defendant shall file its Motion for Judgment on the Pleadings regarding Plaintiffs' Third Generation Liability Claims on or before January 25, 2006.

2. Plaintiffs shall file their opposition on or before March 10, 2006.

3. Defendant shall file its reply brief on or before March 20, 2006.

4. The hearing on Defendant's motion is scheduled for April 4, 2006 at 9:30 a.m.

5. The deadline for completion of fact discovery is extended to March 15, 2006.

Respectfully submitted,

HERSH & HERSH                           REED SMITH LLP

/s/ Rachel Abrams                       /s/ David E. Stanley
RACHEL ABRAMS, #209316                  DAVID E. STANLEY, #144025
601 Van Hess Avenue, Suite 2080         355 South Grand Avenue, Suite 2900
San Francisco, CA 94102 – 6388          Los Angeles, CA 90071
Telephone: 415-441-5544                 Telephone: 213-457-8000
Facsimile: 415-441-7586                 Facsimile: 213-457-8080

and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Aaron M. Levine, Esq. *(Pro Hac Granted)*
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, DC 20036
Telephone: 202-833-8040
Facsimile: 202-833-8046

Attorneys for Plaintiffs

Dated: January 17, 2006

IT IS SO ORDERED:

_____
JUDGE MARTIN J. JENKINS