NANCY HERSH, ESQ., State Bar No. 49091
AMY ESKIN, ESQ., State Bar No. 127668
MARK BURTON, ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

AARON M. LEVINE, ESQ., DC Bar No. 7864
1320 19th Street, N.W., Suite 500
Washington, DC 2003
Telephone: (202) 833-8040
Facsimile: (202) 833-8046

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY COFFMAN, Individually, and as MOTHER, GUARDIAN, and NEXT FRIEND of ALLYSON COFFMAN and KEVIN COFFMAN, Minors,<br><br>   Plaintiff,<br><br>vs.<br><br>SCHERING CORPORATION, et al.,<br><br>   Defendants. | C 05-01521 MJJ<br><br>**CONSENT ORDER APPROVING SETTLEMENT**<br><br>GRANTED |

  1. The parties appeared before the Honorable Eugene F. Lynch (Ret.) on May 1, 2006, at the offices of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California, pursuant to a consensual mediation and after lengthy discussions, successfully mediated the case.

  2. The mediator, as well as all parties and their attorneys, believe that the settlement set forth is fair and reasonable considering the injuries and the legal problems involved, it is, therefore this __1st__ day of __AUGUST__, 2006,

  ORDERED:

No. C 05-01521 MJJ

CONSENT ORDER APPROVING SETTLEMENT

1.      That the above-captioned case is herewith settled and dismissed, with prejudice, with each side responsible for their costs; and

2.      That the division of proceeds, as set forth on the attached settlement sheet, represent a fair and reasonable distribution to the Plaintiffs, and in the best interest of the minor Plaintiffs, and is hereby APPROVED.

8/1/2006

_____
MARTIN J. JENKINS
United States District Judge

WE ASK FOR THIS:

On behalf of Plaintiffs:

_____
NANCY COFFMAN, Individually and as
Mother, Guardian and Next Friend of
ALLYSON COFFMAN and
KEVIN COFFMAN, Minors
19 Mill Creek Drive
Willits, CA 95490
707-459-6636
Plaintiffs

_____
AARON M. LEVINE, DC #7864
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202-833-8040

_____
NANCY HERSH, #49091
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
415-441-5544

Counsel for Plaintiffs

No. C 05-01521 MJJ

**CONSENT ORDER APPROVING SETTLEMENT**