UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY COFFMAN, Individually and as the Mother and Guardian Ad Litem for ALLYSON MARIE COFFMAN and KEVIN ALLEN COFFMAN, Minors; ALLYSON MARIE COFFMAN, a Minor by and through her Guardian Ad Litem NANCY COFFMAN, KEVIN ALLEN COFFMAN, a Minor by and through his Guardian Ad Litem NANCY COFFMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SCHERING CORPORATION; SCHERING-PLOUGH CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCT SALES CORPORATION; and DOES 1 through 15, Inclusive,<br><br>Defendants. | Case No. C05-01521 MJJ<br><br>[PROPOSED] ORDER AUTHORIZING FILING OF ATTACHMENT TO PROPOSED ORDER FOR CONSENT JUDGMENT UNDER SEAL |

Having considered the Administrative Motion to File the Attachment to the [Proposed] Order for Consent Judgment Under Seal and the Declaration of David E. Stanley, the Court finds that good cause exists to file the Settlement Sheet attached to the [Proposed] Order for Consent Judgment under seal. The Consent Judgment was agreed upon by the parties as part of a confidential Settlement Agreement and Mutual Release (the "Settlement Agreement"). Pursuant to the Settlement Agreement, the Consent Judgment is deemed to be confidential. The Consent Judgment, which addresses the rights of private parties and the claims of minor children, does not affect the pricing of any products sold by Plaintiffs or Defendants, does not hinder competition and does not otherwise impact the general public. Accordingly, the clerk is directed to file the Settlement Sheet attached to the [Proposed] Order for Consent Judgment under seal.

IT IS SO ORDERED.

DATED: __August 1__, 2006.

_____
Honorable Martin J. Jenkins
United States District Judge

- 1 -
[PROPOSED] ORDER

# EXHIBIT FILED

# UNDER SEAL