**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY COFFMAN, individually, and          No C 05-1521 VRW
as the Mother and Guardian Ad
Litem for Allyson Marie Coffman          ORDER
and Kevin Allen Coffman, Minors,

                    Plaintiff,

v

SCHERING CORPORATION,

                    Defendant.

_____/

        This matter was reopened on November 14, 2008 for the

limited purpose of obtaining court approval of proposed attachments

to the consent order herein.  See Doc #75, 76.  There appearing no

further reason for the case to remain open, the clerk is directed

to close the file.

        IT IS SO ORDERED.


                              _____
                              VAUGHN R WALKER
                              United States District Chief Judge