IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY COFFMAN, individually, and as the Mother and Guardian Ad Litem for Allyson Marie Coffman and Kevin Allen Coffman, Minors,<br><br>Plaintiff,<br><br>v<br><br>SCHERING CORPORATION,<br><br>Defendant.<br>_____/ | No C 05-1521 VRW<br><br>ORDER |

This matter was reopened on November 14, 2008 for the limited purpose of obtaining court approval of proposed attachments to the consent order herein. See Doc #75, 76. There appearing no further reason for the case to remain open, the clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge